1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )  CASE NO. 14-0275 CRB
14                                     )
            Plaintiff,                 )  [PROPOSED] STIPULATED ORDER
15                                     )  CONTINUING STATUS CONFERENCE
       v.                              )
16                                     )
   ERIC EDGAR,                         )
17                                     )
            Defendant.                 )
18                                     )
                                       )
19

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

The above-captioned case is currently scheduled for a status conference on December 17, 2014. However, both parties need additional time to review documents and discovery related to this case. Accordingly, the parties jointly request that the status conference be continued to January 21, 2015.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from December 17, 2014 through January 21, 2015 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.


DATED 12-16-2014                     MELINDA HAAG
                                     United States Attorney
                                     Northern District of California


                                     _____/s/_____
                                     MATTHEW L. McCARTHY
                                     Assistant United States Attorney



                                     _____/s/_____
DATED 12-16-2014                     GILBERT EISENBERG
                                     Attorney for Defendant

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

# [PROPOSED] ORDER

For good cause shown, this matter shall be added to the Court's calendar on January 21, 2015 at 2:00 p.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from December 17, 2014 through January 21, 2015 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED                                HON. CHARLES R. BREYER
                                              United States District Court Judge