1 MELINDA HAAG (CABN 132612)
United States Attorney

2
J. DOUGLAS WILSON (DCBN 412811)
3 Chief, Criminal Division

4 MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7200
7     FAX: (415) 436-7234
    Matthew.mccarthy@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 14-0275 CRB |
|---|---|
| Plaintiff, | ) [PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE |
| v. | ) |
| ERIC EDGAR, | ) |
| Defendant. | ) |

1   The above-captioned case is scheduled for a status conference on August 4, 2015. However, counsel for the government is unavailable on that date due to previously-scheduled travel. In addition, counsel for the parties have conferred and determined that it is in both parties' best interest to continue this matter to be set with the related case of United States v. Balletto, et al., which is presently set for a status conference on August 19, 2015 at 2:00 p.m. The parties anticipate that schedules for motions and/or trial will be set at that time. Accordingly, the parties jointly request that the status conference be continued to August 19, 2015 at 2:00 p.m.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from July 29, 2015 through August 19, 2015 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.

DATED 8-3-2015                     MELINDA HAAG
                                   United States Attorney
                                   Northern District of California


                                   _____/s/_____
                                   MATTHEW L. McCARTHY
                                   Assistant United States Attorney



                                   _____/s/_____
DATED 8-3-2015                     GILBERT EISENBERG
                                   Attorney for Defendant

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

# [PROPOSED] ORDER

For good cause shown, this matter shall be added to the Court's calendar on August 19, 2015 at 2:00 p.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from July 29, 2015 through August 19, 2015 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED                                      HON. CHARLES R. BREYER
                                           United States District Court Judge

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB