In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** May 10, 2016 **Time:** 7 minutes

**Court Reporter: Rhonda Aquilina**

**Case No. and Name:** CR-14-275CRB USA v Eric Edgar (present)

**Attorneys: (P)** Matthew McCarthy **(D)** Gilbert Eisenberg

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Change of plea to count one of the superseding information

**SUMMARY:**

The defendant is placed under oath, the Court admonishes the defendant regarding his change of plea and reviews the plea agreement with him. The defendant enters a plea of guilty to count one of the superseding information, the Court accepts the plea and the defendant is adjudged guilty.

Sentencing set for August 3, 2016 at 10:00 a.m., this matter is referred to probation.

**(X)** The defendant Eric Edgar is remanded to the custody of the United States Marshal.