AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

# UNITED STATES DISTRICT COURT
for the

Northern District of California

MAY 10 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR16-00275 CRB |
| Eric Edgar | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/10/16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Gilbert Eisenberg
*Printed name of defendant's attorney*

_____
*Judge's signature*

ELIZABETH D. LAPORTE/ US Magistrate Judge
*Judge's printed name and title*