1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
2
    DAVID CALLOWAY (CABN 121782)
3   Chief, Criminal Division

4   MATTHEW L. McCARTHY (CABN 217871)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Matthew.mccarthy@usdoj.gov
8
    Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   NO. CR 14-0275 CRB
14                                      )
            Plaintiff,                  )
15                                      )   [PROPOSED] STIPULATED  ORDER
        v.                              )   CONTINUING SENTENCING HEARING
16                                      )
    ERIC EDGAR,                         )
17                                      )
            Defendant.                  )
18                                      )
                                        )
19   _____

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED  ORDER CONTINUING SENTENCING
NO. CR 14-0275

1

2    The above-captioned case is currently scheduled for sentencing on Wednesday, November 16,

3   2016.  The parties and assigned United States Probation Officer have discussed the matter, and all agree

4   that they need more time to prepare the sentencing materials for the Court.  Counsel for the government

5   has confirmed with the Clerk of the Court that the Court is available for sentencing on December 15,

6   2016 at 10:00 a.m.

7    Accordingly, the parties hereby jointly request that the sentencing be set for December 15, 2016

8   at 10:00 a.m.

9

10

11

12   IT IS SO STIPULATED.

13

14   DATED November 10, 2016                    BRIAN J. STRETCH
                                                United States Attorney
15                                              Northern District of California

16
                                                _____/s/_____
17                                              MATTHEW L. McCARTHY
                                                Assistant United States Attorney

18

19
                                                _____/s/_____
20   DATED November 10, 2016                    GILBERT EISENBERG
                                                Attorney for ERIC EDGAR
21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED  ORDER CONTINUING SENTENCING
NO. CR 14-0275

1

**[PROPOSED] ORDER**

2           For good cause shown, this matter shall be added to the Court's calendar on December

3   15, 2016 at 10:00 a.m. for sentencing.

4

5

6   IT IS SO ORDERED.

7

8   DATED 11/14/2016

           HON. CHARLES R. BREYER
           United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
NO. CR 14-0275