BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Matthew.mccarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-0275 CRB |
| Plaintiff, | ) |
| v. | ) STIPULATED ORDER CONTINUING |
| | ) SENTENCING HEARING |
| ERIC EDGAR, | ) |
| Defendant. | ) |

STIPULATED ORDER CONTINUING SENTENCING
NO. CR 14-0275

The above-captioned case is currently scheduled for sentencing on Monday, December 19, 2016. The parties and assigned United States Probation Officer have discussed the matter, and all agree that they need more time to prepare the sentencing materials for the Court, including modifications to the Presentence Report (PSR). All parties and the U.S. Probation Officer are available for sentencing on January 18, 2017 at 2:00 p.m. Counsel for the government has confirmed that the Court has a regularly-scheduled calendar set for that date and time.

Accordingly, the parties hereby jointly request that the sentencing be set for January 11, 2017 at 10:00 a.m.

IT IS SO STIPULATED.

DATED December 16, 2016           BRIAN J. STRETCH
                                  United States Attorney
                                  Northern District of California


                                  ___/s/_____
                                  MATTHEW L. McCARTHY
                                  Assistant United States Attorney


DATED December 16, 2016           ___/s/_____
                                  GILBERT EISENBERG
                                  Attorney for ERIC EDGAR

STIPULATED ORDER CONTINUING SENTENCING
NO. CR 14-0275

**ORDER**

For good cause shown, this matter shall be added to the Court's calendar on January 11, 2017 at 10:00 a.m. for sentencing.

IT IS SO ORDERED.

DATED  12/16/2016

HON. CHARLES R. BREYER
United States District Court Judge

STIPULATED ORDER CONTINUING SENTENCING
NO. CR 14-0275