GILBERT EISENBERG
Attorney at Law
State Bar No. 28900
819 Eddy Street
San Francisco, California 94109
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: g.eisenberg@sbcglobal.net

Attorney for Defendant ERIC EDGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-14-00275-001 CRB |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. | |
| ERIC EDGAR | DATE: January 11, 2017<br>Time: 10:a.m. |
| Defendant. | Hon. Charles R. Breyer |

    The defendant has reviewed the Revised Presentence Report and is in substantial agreement with the report.

    Therefore, Defendant has no objection to the report and respectfully urges the court to impose a sentence consistent with the Plea Agreement filed in this case.

DATED: January 5, 2017

                                                ___/s/_____
                                                GILBERT EISENBERG
                                                Attorney for Eric Edgar